**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Benito COHETZALTITLA–PONCE,**
**aka Valentin Aguilar–Gonzalez,**
**Defendant–Appellant.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

United States of America,
Plaintiff–Appellee,

v.

Benito Cohetzaltitla–Ponce, aka
Valentin Aguilar–Gonzalez,
Defendant–Appellant.

Nos. 07–30178, 07–30244.

United States Court of Appeals,
Ninth Circuit.

Submitted April 22, 2008.*

Filed April 29, 2008.

Shawn N. Anderson, Esq., USYA—Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Kristine K. Olmstead, Esq., FDWAID—Federal Defenders of Eastern Washington & Idaho, Yakima, WA, for Defendant–Appellant.

Before: GRABER, FISHER, and BERZON, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Benito Cohetzaltitla–P once appeals from the 27–month sentence imposed following his guilty-plea conviction for being an alien in the United States after deportation in violation of 8 U.S.C. § 1326, and from the 18–month sentence imposed consecutively following revocation of supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Cohetzaltitla–Ponce contends that both sentences are unreasonable because the district court failed to properly consider his extensive cultural assimilation. We conclude that the district court considered Cohetzaltitla–Ponce's cultural assimilation argument and did not commit any procedural error and that the sentences are reasonable. *See United States v. Carty,* 520 F.3d 984, 991–96 (9th Cir.2008) (en banc); *see also United States v. Miqbel,* 444 F.3d 1173, 1176 n. 5 (9th Cir.2006); *United States v. Mohamed,* 459 F.3d 979, 986 (9th Cir.2006).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

